**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

| | |
|---|---|
| ELEGANT MASSAGE, LLC d/b/a LIGHT STREAM SPA, on behalf of itself and all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY COMPANY,<br><br>     Defendants. | Case No. 2:20-cv-00265-RAJ-LRL |

**PLAINTIFF'S MOTION TO STAY**

    Plaintiff Elegant Massage, LLC d/b/a Light Stream Spa ("Plaintiff"), by counsel, pursuant to Local Rule 7 of the Local Rules of Practice for the United States District Court of the Eastern District of Virginia ("Local Rules"), hereby requests that the Court stay all proceedings and deadlines in this action pending resolution of the motions for transfer and consolidation that are currently pending in *IN RE: COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2942, before the Judicial Panel on Multidistrict Litigation ("JPML" or the "Panel"). *See In re COVID-19 Bus. Interruption Ins. Coverage Litig.*, MDL No. 2942, ECF No. 1 (JPML Apr. 20, 2020); *id.*, ECF No. 4 (JPML Apr. 21, 2020) (the "Motions"). The JPML will hear argument on the Motions next week—on July 30, 2020—and Plaintiff anticipates an order regarding transfer and consolidation of this case and other related cases to be issued shortly thereafter.

    Further support is set forth in Plaintiff's Memorandum in Support of Plaintiff's Motion to Stay. A Proposed Order is also filed herewith.

Plaintiff respectfully requests that this Court stay all proceedings and deadlines in this action pending the JPML's resolution of the Motions that are currently pending in *IN RE: COVID-19 Business Interruption Protection Insurance Litigation*, MDL No. 2942.

DATED:  July 21, 2020                               Respectfully submitted,

*/s/ William H. Monroe, Jr.*
William H. Monroe, Jr. (VSB No. 27441)
Marc C. Greco (VSB No. 41496)
Kip A. Harbison (VSB No. 38648)
Michael A. Glasser (VSB No. 17651)
**GLASSER AND GLASSER, P.L.C.**
580 East Main Street, Suite 600
Norfolk, VA 23510
Telephone: (757) 625-6787
Facsimile: (757) 625-5959
bill@glasserlaw.com
marcg@glasserlaw.com
kip@glasserlaw.com
michael@glasserlaw.com

Joseph H. Meltzer
Naumon Amjed
Melissa L. Troutner
Natalie Lesser
Jordan Jacobson
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
jmeltzer@ktmc.com
namjed@ktmc.com
mtroutner@ktmc.com
nlesser@ktmc.com
jjacobson@ktmc.com

James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO, P.C.**

5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973)-994-1700
Facsimile: (973)-994-1744
jcecchi@carellabyrne.com
ltaylor@carellabyrne.com

*Attorneys for Plaintiff and the proposed Classes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record who have made a formal appearance

Dated:  July 21, 2020                       */s/ William H. Monroe, Jr.*
                                                                 William H. Monroe, Jr. (VSB No. 27441)